## LAST CHANCE AGREEMENT

This Last Chance Agreement ("Agreement") is executed, made, and entered into on this _____ (the "Effective Date") by and between the Village of Robbins (the "Village" or "Employer"), and Byron Redmond, 1824 S. Grove, Berwyn, IL 60402, an individual ("Employee"), Illinois Council of Police (the "Union") (the Village, Employee, and the Union are collectively referred to herein as the "Parties" and each individually as a "Party").

### RECITALS

**WHEREAS,** Employee was employed by the Village in the Village's Police Department; and

**WHEREAS,** Employee was terminated by the Village on May 13, 2022; and

**WHEREAS,** Employee desires to return to the employment with the Village as a Sergeant in the Police Department and as a member of the bargaining unit represented by the Union; and

**WHEREAS,** at all times relevant to this Agreement, Employee's employment with the Village will be governed, in part, by a collective bargaining agreement between the Village and the Union (the "CBA"); and

**WHEREAS,** the Village and the Union have agreed to a Discipline policy which includes policies requiring employees to not engage in dangerous activities, insubordinate activities, disrupting the work environment, consumption of illicit substances, harassment and other activities that violate the Village's personnel manual and both the Village and the Union are committed to such policies; and

**WHEREAS,** Employee has previously engaged in behaviors that have violated multiple policies with the Village's personnel handbook and the CBA;

**NOW, THEREFORE,** in consideration of the execution of this Agreement by each of the Parties hereto and the mutual covenants hereinafter set forth and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by each Party to the other Party, the Parties hereby agree as follows:

1. The Parties hereto adopt the foregoing Recitals and affirm that the construction of this Agreement shall be guided thereby.

2. Employee and the Union agree and acknowledge that Employee has violated various Village personnel policies, including, but not limited, to the Village's prohibition on the consumption of alcohol; and

3. In exchange for the promises made herein by the Village, Employee and the Union acknowledge and agree that if Employee violates any Village of Police Department policy, order, directive or any other regulation, following the Effective Date of this Agreement, the same shall constitute "just cause" for his immediate termination from Village employment:

4. Employee and the Union agree and acknowledge that the continuation of Employee's employment is on a "once in a lifetime" basis.

5. In exchange for the consideration stated herein, except as otherwise specifically provided for herein, Employee agrees to, and does, for him/herself, his/her heirs, executors, and administrators, remise, release, and forever discharge the Village and each of its employees, agents, successors, assigns, and affiliates, of and from any and all manner of action, cause, and causes of action, suits, debts, bills, specialties, covenants, contracts, sums of money, commissions, compensation, controversies, agreements, promises, trespasses, damages, judgments, executions, claims, and demands whatsoever, in law or in equity, which, against any of them, he has had, now has, or can, shall, or may have, directly or indirectly, whether known or unknown, for any and all claims including, but not limited to, any and all claims of tort, breach of any alleged employment contract, policy, or practice.

6. Both Employee and the Union waive any right to grieve or arbitrate any aspect of the Agreement contemplated hereby, except to enforce this Agreement.

7. The agreements made herein by the Village are not in any way to be construed as admissions of liability on its part or any of its employees, agents, successors, assigns, or affiliates regarding any matters and any such liability is expressly denied.

8. Employee agrees that the terms of this Agreement are reasonable conditions for Employee with which to comply in order to retain employment with the Village. All terms of this Agreement shall remain in place until December 31, 2029.

9. The language of all parts of this Agreement shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against any of the Parties, regardless of who drafted the Agreement.

10. This Agreement sets forth all of the terms and conditions of the agreement between the Parties concerning the subject matter hereof, and any prior oral communications are superseded by this Agreement. The Parties understand and agree that all of the terms and promises of this Agreement, including the "Whereas" clauses, are contractual and not a mere recitals.

11. This Agreement constitutes the exclusive agreement between the Parties hereto relating to the subject matter hereof. No amendment of this Agreement shall be binding unless in writing and signed by the Parties hereto. Additionally, the terms and conditions of this Agreement shall apply without exception only to the present matter and have no precedential value with respect to any other present or future disputes between or among the Parties. Specifically, but not exclusively, this Agreement is not precedent setting and may not be cited as precedence or referenced in future disciplinary matters involving employees other than Employee.

12. In the event that any of the provisions of this Agreement are found by a judicial or other tribunal to be unenforceable, the remaining provisions of this Agreement will remain enforceable.

13. Employee acknowledges that he was informed that he has the right to consult with an attorney before signing this Agreement and that this Paragraph shall constitute written notice of the right to be advised by legal counsel. Employee further acknowledges and agrees that he has had a reasonable opportunity to consult with legal counsel before signing this Agreement.

14. Employee declares that he/she has completely read this Agreement and acknowledges that it is written in a manner calculated to be understood by Employee. Employee fully understands its terms and contents, including the rights and obligations hereunder, and freely, voluntarily, and without coercion enters into this Agreement.

17. The Parties hereto agree that this Agreement shall be construed and interpreted pursuant to the law of the State of Illinois. If any dispute shall arise regarding the terms of this Agreement, the Parties agree that the dispute shall be heard in the Circuit Court of Cook County, Illinois.

18. All persons executing this Agreement have the power and authority to bind the respective Party he/she represents. This Agreement may be signed in counterpart originals with the effect as if all signatures were on the same piece of paper.

**IN WITNESS WHEREFORE,** the Parties hereto have executed this Agreement with their hands and seals on the dates set forth beneath their signatures.

**Village of Robbins, Illinois**

By: _____

Name: _____

Title: _____

Date: _____

**Illinois Council of Police**

By: _____

Name: _____

Title: _____

Date: _____

**Byron Redmond**

By: _[signature]_

Date: 23 MARCH 2023