# Village of Robbins Personnel Handbook



3327 West 137th Street
Robbins, Illinois 60472

Passed and Approved: __October 14, 2008__

_____
Dr. Irene H. Brodie, Mayor

EXHIBIT B

The recurrence of misconduct previously the subject of disciplinary action shall be grounds for progressively severe disciplinary action.

Failure by an employee to make satisfactory progress to correct or improve performance deficiencies identified in employee evaluations or consultations with Supervisors or Department Heads shall be grounds for progressively severe discipline.

The following disciplinary action may be taken or effectively recommended by Supervisors, Department Heads and/or the Village Administrator depending upon the severity of the misconduct in question.

**a) Verbal Reprimand** - May be given by a Supervisor, Department Head or Village Administrator for relatively minor instances of employee misconduct.

**b) Written Reprimand** - This disciplinary action, which may be effectively recommended by a Supervisor and/or Department Head subject to the approval of the Village Administrator, must be prepared in writing, in a manner approved by the Village Administrator, detailing the reasons for the action and, when appropriate, the results of any inquiry or investigation of the incident. A copy of the approved action is to be placed in the employee's official personnel file and a copy provided to the employee. The employee may submit a written response to the action to be placed in the personnel file.

**c) Suspension Without Pay** - This is temporary separation from Village service, without pay, for a period of time not to exceed ninety (90) days. Such action may be effectively recommended by a Supervisor and/or Department Head subject to the approval of the Village Administrator. The reasons for the suspension must be detailed in writing in a manner approved by the Village Administrator including, when appropriate, the results of any inquiry or investigation into the incident. A copy of the approved action shall be placed in the employee's personnel file and a copy provided to the employee.

A Supervisor may immediately relieve an employee from duty for cause, without pay, in the absence of the Department Head subject to subsequent review and formal action to confirm, revise or rescind the suspension by the Department Head and Village Administrator.

All inquiries and related investigations or suspected misconduct involving police officers and firefighters where a suspension in excess of three (3) days may result shall be conducted in accordance with the "Uniformed Peace Officers' Disciplinary Act" and "Firemen's' Disciplinary Act" respectively.

The Board of Fire and Police Commissioners Act shall govern in those instances where the suspension of a police officer or firefighter in excess of five (5) days is recommended.

**d) Demotion** - This shall consist of a reduction in salary grade and/or reassignment to a position of less responsibility. Normally, this action shall be reserved for those instances of demonstrated incompetence or failure to perform required duties in a satisfactory manner. A demotion may be recommended by the Department Head subject to the approval of the Village Administrator with the reasons detailed in writing in a manner approved by the Village Administrator. A copy of the approved action shall be placed in the employee's personnel file

and a copy provided to the employee.

**e) Termination** – This is considered an Involuntary Termination initiated by the Village. Employees who are terminated will not be considered for re-employment.

## *Disciplinary Action Appeals*

An employee receiving a disciplinary action has the right to file a written appeal to the Village Administrator within five (5) business days after having received notification of the disciplinary action. The Village Administrator shall then conduct a hearing(s) with the affected employee, Supervisor and Department Head and render a decision in writing to the employee within ten (10) business days after receipt of the written appeal. The decision of the Village Administrator may be appealed in writing within five (5) business days to the Mayor and Board of Trustees which may conduct a hearing(s) on the matter and shall render a decision within thirty (30) days after receipt.

## 10. Employee Grievances/Appeals

Whenever a group of people are required to work together for an extended period of time, problems and misunderstandings occur. In order to insure prompt and constructive problem-solving, employees are required to follow the steps outlined below:

Step One: The employee is to discuss the problem with his/her immediate supervisor. Employee may utilize the Human Resource Department for consultation regarding the problem or issue and/or how to approach his/her supervisor.

Step Two: If resolution does not occur within a reasonable period of time, the problem should be submitted in writing to the Village Administrator.

The employee should identify why he/she feels the action taken was inappropriate and/or what action he/she feels should be taken.

Step Three: If a solution is not reached, the problem should be submitted in writing to the Mayor and he/she will take appropriate action and his/her decision is final and binding.

The process outlined above should be strictly adhered to. It is acceptable to forego Step One if the issue at hand pertains to the employee's immediate supervisor and is of the following in nature: harassment, sexual misconduct or ethical misconduct.

Disciplinary action may result if an employee does not follow the grievance process.

## 11. Drugs and Alcohol in the Workplace

It is the intent of the Village of Robbins to provide a working environment as free from the use of alcohol and illegal and illicit drugs as reasonably possible.

The sale, manufacture, distribution, purchase, use, possession, reporting to work, or working

Prior to returning to work, the employee must notify his/her immediate supervisor when the physician's release to return to work is obtained. The original of the physician's release to return to work must be given to the supervisor at this time.

### 21. Worker's Compensation

The Illinois system of Worker's Compensation (Workman's Comp) is compulsory, meaning that employers are required to provide Worker's Compensation Insurance for their employees. It is a no-fault system of benefits paid by employers to workers who experience on-the-job or job-related injuries or diseases. Worker's Compensation Insurance may be provided through a private insurance carrier, or employers may self-insure. Waivers are not permitted. Full medical benefits are provided to employees entitled to Worker's Compensation benefits with no time or monetary limits. Initial choice of physician is made by the employee.

## B. General Administrative Policies

### 1. Phone Use

Village telephone equipment is limited. Personal calls must be kept to an absolute minimum and be limited to calls of an urgent or emergency nature only. Long distance calls must be charged to the employee's home telephone or personal charge card.

Personal use of Village cellular telephones while driving Village vehicles is strictly prohibited. This includes text messaging. Failure to abide by this policy could result in disciplinary action.

Phone calls and text messaging on personal cellular phones during work hours should be made or received at a minimum and/or used for emergencies only.

### 2. Computer Use

Use of Village computers is for work purposes only. The following is prohibited during work hours:

- Personal e-mails
- Accessing pornographic websites
- Online gambling
- Accessing chat rooms
- Playing games (i.e. Solitaire, Bidwiz, Poker)

Any employee found non-compliant with said policy will be subject to disciplinary action.

Any work-related e-mails should be written in a professional and respectful manner. Any employee who writes e-mails found to contain content that is profane, intimidating or damaging, or could be construed as harassment, will be subject to disciplinary action.

### 3. Mail

The Village of Robbins will accept private mail/packages for its employees, but only on

infrequent basis. However, absolutely no accounts should be established on behalf of the Village for personal use of the employee. If such an account is created, immediate termination from employment will occur.

### 4. ID Badge

The purpose of Identification/Time Badges is for employee safety. Badges are to be worn during work hours for quick identification of all employees. Badges should not be worn during off hours.

### 5. Safety and Security

The Village of Robbins expects its employees to conduct themselves in a safe manner. Use of good judgment and common sense in matters of safety and observance of any and all safety rules posted in various areas are paramount. All OSHA and State safety regulations must be followed as well.

The cooperation of all employees is essential if the problem of theft is to be minimized. Be sure supplies and equipment are stored in approved areas and that maximum security measures are observed. The Village cannot be responsible for loss or theft of personal items. Village property may not be removed from the premises except by written authorization in advance from the Office of the Mayor or his/her designee. In the event any employee notices personal or Village property is missing, they are to notify their supervisor immediately.

If you see someone who does not appear to be an employee, please offer assistance in directing him/her to their destination. Your approach should always be customer-service oriented.

#### *Disaster Plan*

One of the major responsibilities of the Village in serving the community is to provide emergency services needed in case of disaster. All employees are expected to be available if and when needed should a disaster occur. In addition, each employee should be familiar with the Village's disaster plan. Administration authorizes the activation of the Village's disaster plan in which case all departments are to initiate their specially assigned duties.

### 6. Village Property

All Village property, including but not limited to desks, file cabinets, computers, and vehicles used by Village employees, is subject to being searched and the contents held by authorized Village personnel at any time.

Village issued equipment and supplies (i.e. Employee ID/Time Badges, tools, uniforms, keys, office supplies, computer software, etc.) will remain the property of the Village and must be returned upon termination of employment.

#### *Keys*

All employees will be issued appropriate keys. Each employee is responsible for the safe-