**VILLAGE OF ROBBINS**
INCORPORATED DECEMBER 14, 1917
3327 West 137th Street ⚜ Robbins, Illinois 60472
Phone (708) 385-8940 ⚜ Fax (708) 385-8949

**Dr. Irene H. Brodie**
Mayor
**Pamela Bradley**
Clerk

**Trustees**
Willie E. Carter
Richard Williams
Tyrone Haymore
Shantiel X. Simon
Lynnie D. Johnson
Tyrone Ward

# VILLAGE OF ROBBINS
## Personnel Handbook
### Distribution Form

I __BYRON Redmond__, employee of the Village of Robbins, received a copy of the Personnel Handbook on __9-23-2013__.

It is my responsibility to review the handbook and adhere to all the rules and regulations outlined in this handbook.

It is also my understanding that the Village Administration reserves the right to change or revise these guidelines without notice when such action is deemed necessary.

__9-23-2013__
Date

_[signature]_
Signature of Employee

_[signature]_
Witness (Village of Robbins)

**EXHIBIT C**

# Robbins' Drug and Alcohol Policy
*Maintaining a Drug-Free Workplace*



I voluntarily sign this page as an employee of the Village of Robbins to verify that I have read and do understand the policy referred to as the Robbins' Drug and Alcohol Policy.

BYRON REDMOND
Employee Name (written)

Employee Signature

9-23-2013
Date of Signature