IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |  | |
|---|---|---|---|
| BYRON REDMOND, | ) | | |
| Plaintiff, | ) | | |
| v. | ) | Case No. 23-cv-03048 | |
| | ) | | |
| DARREN BRYANT, Mayor of Vill. of Robbins, | ) | Judge Joan H. Lefkow | |
| Illinois, in his individual and official capacities, | ) | | |
| capacity, and the VILLAGE OF ROBBINS, | ) | Magistrate Jeffrey T. Gilbert | |
| as indemnitor, | ) | | |
| Defendants. | ) | | |

**ATTORNEY ANDRÉ A. SUTTON'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS *INSTANTER***

André A. Sutton, Attorney for Defendants, DARREN BRYANT, individually and in his official capacity as Mayor of Village of Robbins, Illinois and the VILLAGE OF ROBBINS, for his Motion for Leave to Withdraw as Counsel for Defendants, states as follows:

1. On May 15, 2023, Plaintiff filed his Complaint. (Doc. 01)

2. On August 17, 2023, attorney Kevin M. O'Hagan, of the law firm of O'Hagan Meyer LLC, filed his appearance for Defendants as lead and trial counsel. (Doc. 08)

3. On August 18, 2023, the undersigned filed his appearance for Defendants. (Doc. 11) As of May 3, 2024, Attorney Sutton will no longer be with O'Hagan Meyer LLC.

4. By this motion, Attorney Sutton moves for leave to withdraw his appearance, *instanter*. Attorney Kevin M. O'Hagan of O'Hagan Meyer LLC will remain as lead and trial counsel for Defendants.

5. For these reasons, the undersigned respectfully requests leave to withdraw his appearance, *instanter*.

Wherefore, Attorney André A. Sutton prays that this Honorable Court grant his Motion for Leave to Withdraw as Counsel for Defendants *Instanter*, and any other relief this Court

deems equitable and just.

                                                        Respectfully submitted:

                                          By: /s/*André A. Sutton*

Kevin M. O'Hagan
Stephen A. Berrios
André A. Sutton
O'Hagan Meyer, LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
kohagan@ohaganmeyer.com
sberrios@ohaganmeyer.com
asutton@ohaganmeyer.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 23rd day of April, 2024, I electronically filed **ATTORNEY ANDRÉ A. SUTTON'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS,** *INSTANTER* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**ATTONEYS FOR PLAINTIFF:**
Gianna Scatchell
GB Law
1821 W. Hubbard St., #209
Chicago, IL 60622
(312) 248-3303
gb@lawfirm.gs
calendar@lawfirm.gs

                                      /s/ *André A. Sutton*
                                      André A. Sutton
                                      O'Hagan Meyer LLC
                                      One E. Wacker Dr., Suite 3400
                                      Chicago, Illinois 60601
                                      Telephone: 312.422.6100
                                      Facsimile: 312.422.6110
                                      asutton@ohaganmeyer.com