IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Byron Redmond,<br><br>　　Plaintiff,<br><br>v.<br><br>Village of Robbins, et al,<br><br>　　Defendants. | Case No: 2023-cv-03048<br><br>Hon. Judge Joan H. Lefkow<br><br>Jury Trial Demanded |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff, by and through his attorney, respectfully moves this Honorable Court for an extension of time to respond to Defendant's Motion to Dismiss up to and including August 30, 2024 and in support thereof, states as follows:

1. The current deadline for Plaintiff's response is August 12, 2024. [Dkt. 42]

2. Plaintiff respectfully requests an additional three weeks, extending the deadline to August 30, 2024, to allow for the possibility of exploring settlement discussions and to accommodate Plaintiff's counsel's current workload.

3. Communication with Opposing Counsel: Earlier this afternoon, Plaintiff's counsel emailed opposing counsel to inquire about the possibility of a brief extension and to explore the potential for settlement. However, due to the timing of the communication, Plaintiff's counsel has not yet received a response.

4. Current Caseload and Circumstances:

1

    a. Plaintiff's counsel is currently engaged in several other significant matters, including but not limited to:

        i. Responding to a Summary Judgment due in Hill v. DePaul, Case No. 1:22-cv-06990 on August 9, 2024.

        ii. Mediation in Scatchell v. Village of Melrose Park, Case No. 18-cv-3989 on August 14, 2024.

        iii. Managing upcoming discovery deadlines in Plumtree v. Village of Naperville, Case No. 22-cv-6635 on August 20, 2024.

        iv. Preparing a Response in Opposition to Defendant's Motion to Dismiss in Cappello v. CBS World Corp.

        v. Preparing a Response in Opposition to Petitioner's Administrative Review Action in Sheriff Dart v. Amanda Reid on August 14, 2024.

        vi. Numerous other hearings and discovery matters.

    b. Additionally, Plaintiff's counsel is currently pregnant, which further necessitates careful management of workload and deadlines given her numerous doctor's appointments and pregnancy-related medical conditions.

5. This is Plaintiff's first request for an extension of time in this matter, and it is not intended for purposes of delay but rather to ensure that all matters are adequately addressed and to facilitate potential settlement discussions.

6. Granting this motion will not prejudice the Defendant, and the extension would serve the interests of justice by allowing both parties to possibly explore settlement and by enabling Plaintiff's counsel to manage her caseload effectively.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant a three-week extension of time, extending the deadline to August 30, 2024, and for such further relief as this Court deems just and appropriate.

Respectfully submitted,

Byron Redmond

/s Gianna Basile

Gianna R. Scatchell, Esq.
Attorney for Plaintiff
GB LAW
1821 W Hubbard Street, #209
Chicago, Illinois 60622
P: (312) 248-3303
E: gb@lawfirm.gs

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she served the foregoing Plaintiff's First Amended Complaint on all counsel of record via this Court's CM/ECF filing system on August 12, 2024, and that all such counsels are registered e-filers.

/s/ Gianna Basile

3